UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

JUAN ROMAN, ON BEHALF OF HIMSELF AND
ALL OTHER PERSONS SIMILARLY SITUATED,

              Plaintiffs,

                v.

BIXLERS, INC.,

             Defendant.

------------------------------------ x

No.: 1:21-cv-5940

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), JUAN ROMAN, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, BIXLERS, INC., with prejudice and without fees and costs.

Dated: New York, New York
        November 2, 2021

                                                   **GOTTLIEB & ASSOCIATES**

                                                   <u>*/s/Michael A. LaBollita, Esq.*</u>

                                         Michael A. LaBollita, Esq., (ML-9985)
                                              150 East 18th Street, Suite PHR
                                                         New York, NY 10003
                                                               Phone: (212) 228-9795
                                                                    Fax: (212) 982-6284
                                                                  Michael@Gottlieb.legal

                                                                  *Attorneys for Plaintiffs*

SO ORDERED:

_____

Hon. Ronnie Abrams
11/3/2021